UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDRES ALEJANDRO ACOSTA IBANEZ,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT, et al.,<br><br>Respondents. | CASE NO. 2:26-cv-04615-JNW<br><br>ORDER DENYING TEMPORARY RESTRAINING ORDER WITH LEAVE TO RENEW |

On November 23, 2026, the Court received Andres Alejandro Acosta Ibanez's habeas petition and temporary restraining order ("TRO") motion. Dkt. Nos. 1– 2. Immigration and Customs Enforcement ("ICE") arrested Acosta Ibanez and is detaining him at the Northwest ICE Processing Center ("NWIPC"). His TRO motion asks the Court to prohibit "Respondents from removing [him] from the United States and from moving [him] out of the Western District of Washington while [his] habeas petition is pending." *Id.* at 1. Alternatively, he asks "the Court [to] order Respondents to file a notice on the docket at least 72 hours before any transfer[.]" *Id.*

After it received Acosta Ibanez's habeas petition and TRO motion, the Court entered its standard scheduling order for immigration habeas cases, which requires Respondents to provide "at least 7 days' notice prior to any action to move or transfer Petitioner from the Western District of Washington or to remove them from the United States." Dkt. No. 5 at 2. It also requires Respondents to "file the notice of intent to transfer or remove on the Court's docket" and to "file a notice on the docket if the transfer or removal is completed." *Id*. Thus, the Court has already provided relief to prevent the harm Acosta Ibanez identifies. However, if circumstances change, including if Respondents provide notice of intent to remove or transfer, Acosta Ibanez may renew his TRO motion.

Accordingly, the TRO motion is DENIED with leave to renew if circumstances change. Dkt. No. 2.

Dated this 24th day of November, 2026.

Jamal N. Whitehead
United States District Judge